DODSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 29, 1918.) No. 5171. In Error to the District Court of the United States for the Eastern District of Oklahoma. J. I. Howard, of Oklahoma City, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and C. W. Miller, Sp. Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of defendant in error.

---

DU BOIS ELECTRIC CO. v. PANCOAST'S ADM'R. (Circuit Court of Appeals, Third Circuit. November 27, 1918.) No. 2371. In Error to the District Court of the United States for the Western District of Pennsylvania; W. H. Seward Thomson, Judge. Action by the Fidelity Title & Trust Company, administrator of the estate of V. W. Pancoast, against the Du Bois Electric Company. There was judgment for plaintiff, and defendant brings error. Reversed. W. C. Miller, of Clearfield, Pa., for plaintiff in error. M. W. Acheson, of Pittsburgh, Pa., for defendant in error. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. The principal facts of this case will be found in the opinion delivered on the former writ of error. Du Bois Electric Co. v. Fidelity Title & Trust Co., 238 Fed. 129, 151 C. C. A. 205, L. R. A. 1917C, 907. We there decided that the only ground for holding the Electric Company liable for the injury to Pancoast "would be a continuing duty resting on the company so to maintain the banner that persons on the street should not be endangered." On the trial now under review some evidence was offered on this question, and the verdict must be based on a finding that the company had undertaken the duty of maintenance, as well as the duty of hanging the banner and taking it down. In our opinion, the only testimony in support of such a finding was too meager and too vague to justify the verdict, and the trial judge should therefore have given instructions in favor of the defendant. The judgment is reversed.

---

FEDERAL LAND & SECURITIES CO. v. DUCLOS. (Circuit Court of Appeals, Eighth Circuit. September 3, 1918.) No. 5085. In Error to the District Court of the United States for the District of Wyoming. William B. Ross and Ray E. Lee, both of Cheyenne. Wyo., for plaintiff in error. Matthew Gering, of Plattsmouth, Neb., and Albert D. Walton, of Cheyenne, Wyo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, for failure to print record and file briefs.

---

FERRIOT v. ATLANTIC, W. & N. R. CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 6, 1918.) No. 3244. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. Suit by Henry C. Ferriot against the Atlantic, Waycross & Northern Railroad Company and another. From a decree dismissing the bill, complainant appeals. Affirmed. Winfield P. Jones, of Atlanta, Ga., and Arthur H. Browne, and Sam A. Montgomery, both of New Orleans, La., for appellant. Sheppard Bryan, of Atlanta, Ga. (Grover Middlebrooks, of Atlanta, Ga., on the brief) for appellees. Before WALKER and BATTS, Circuit Judges, and SHEPPARD, District Judge.

PER CURIAM. Findings of fact, made by the special master and approved by the trial court, were to the effect that the evidence adduced did not sustain the claims asserted by the bill. Those findings fully justified the decree dismissing the bill. In our opinion the record does not disclose anything that would warrant a reversal of the decree appealed from. That decree is affirmed.